UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,  )
    Plaintiff,  )
      )
V.  )
      )    Civil Action No. <u>1:26-cv-461</u>
      )
REAL PROPERTY LOCATED AT  )
1430 WILMAR AVEUNE, MERRITT  )
ISLAND, FLORIDA  )
    Defendant.  )

## WRIT OF ENTRY

The United States has filed a Verified Complaint for Forfeiture *In Rem* in the above-captioned matter against Defendant Property – namely the premises located at 1430 Wilmar Avenue, Merritt Island, Florida and legally described as follows:

Lot 31, SUNNY-SITES UNIT 1, according to the plat thereof as recorded in Plat Book 11, Page 65, Public Records of Brevard County, Florida.

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. §§ 983(j) and 985(b)(2) authorizing it to enter Defendant Property, including any structures, for the purpose of conducting an appraisal, inspection, and inventory of the Defendant Property;

It is hereby ORDERED that the United States Federal Food and Drug Administration (FDA), the United States Postal Inspection Service, the United States Marshals Service (USMS), or their designee or authorized contractor (collectively the "Government") are hereby authorized:

1.      to enter the Defendant Property, including any structures, on one or more occasions during the pendency of this *in rem* forfeiture action against the Defendant Property, for the purpose of conducting an inspection and inventory and appraisal of Defendant Property, and

2.      to be accompanied on any such occasion by any appraiser or appraisers selected by it for the purpose of appraising the condition and value of Defendant Property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and

3.      to be accompanied on any such occasion by any Government and contract personnel selected by it for the purpose of conducting an inspection and inventory of Defendant Property, which inspection and inventory may include, among other means, still and video photography, and

4.      to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

Dated: _____              _____

United States Magistrate Judge
United States District Court

2